CROWN ZELLERBACH CORP. *v.* WASHINGTON.

No. 805.   Decided May 25, 1959.

*Burroughs B. Anderson* for appellant.

*John J. O'Connell,* Attorney General of Washington, and *John W. Riley,* Assistant Attorney General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

MR. JUSTICE FRANKFURTER and MR. JUSTICE CLARK took no part in the consideration or decision of this case